

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFREDO OVALLE, | § | No. 08-12-00110-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law #2 |
| STATE OF TEXAS, | § | of El Paso, Texas |
| Appellee. | § | (TC# 20110C05092) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.